**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| HIL RIZVI, M.D., | : No. 147 WAL 2020 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| BUREAU OF PROFESSIONAL AND | : |
| OCCUPATIONAL AFFAIRS, STATE | : |
| BOARD OF MEDICINE, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal, the Application for Reconsideration of Denial of Stay, Motions for Leave to File an Amended Complaint, and the Application to Expedite are **DENIED**.